NOTE: CHANGES MADE BY THE COURT

LINDA MILLER SAVITT, SBN 94164
STEPHANIE KANTOR, SBN 272421
BALLARD ROSENBERG GOLPER & SAVITT, LLP
500 North Brand Boulevard, Twentieth Floor
Glendale, CA  91203-9946
Telephone:  (818) 508-3700
Facsimile:   (818) 506-4827

JS-6

Attorneys for Defendant
SCCA STORE HOLDINGS, INC.
dba SAKS FIFTH AVENUE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SIMA SHAMIR, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SCCA STORE HOLDINGS, INC., a Delaware Corporation doing business as SAKS FIFTH AVENUE, MARC PEREZ, an individual, and DOES 1 through 20, Inclusive<br><br>Defendants. | CASE NO. 2:13-CV-06672-ABC-AS<br><br>*Assigned to Hon Audrey B. Collins, Courtroom 680*<br><br>**JUDGMENT PURSUANT TO MOTION OF DEFENDANT FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Action Filed: March 13, 2013 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

446581.1

1

The motion by Defendant SCCA STORE HOLDINGS, INC. dba SAKS FIFTH AVENUE for summary judgment or in the alternative partial summary judgment came on for hearing in Department 680 of this Court on June 2, 2014. Linda Savitt and Stephanie Kantor appeared on behalf of Defendant, SCCA Store Holdings, Inc.  Jacob Nalbandyan appeared on behalf of Plaintiff SIMA SHAMIR.

After full consideration of the evidence, and the written and oral submissions by the parties, the Court finds that there are no triable issues of material fact, and that Defendant is entitled to judgment as a matter of law on the grounds set forth in the Court's ruling (a copy of which is attached as Exhibit A).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiff shall take nothing on her Complaint;

2. Defendant shall recover its costs from Plaintiff **in an amount to be determined by the Clerk of Court;**

3. There being no just cause for delay, the Clerk is ordered to enter this Judgment forthwith.

**THEREFORE IT IS ORDERED** that the Motion for Summary Judgment is granted and that judgment in favor of SCCA STORE HOLDINGS, INC. and against SIMA SHAMIR shall be entered accordingly.

**IT IS SO ORDERED.**

DATED: June 30 , 2014

_____
HON AUDREY B. COLLINS,
United States District Judge

446581.1                                    2

| | | |
|---|---|---|
| 1 | DATED: June ___, 2014 | Respectfully submitted, |
| 2 | | |
| 3 | | BALLARD ROSENBERG GOLPER & SAVITT, LLP |
| 4 | | |
| 5 | | |
| 6 | | By: _____ |
| 7 | | STEPHANIE B. KANTOR |
| 8 | | Attorneys for Defendant SCCA STORE HOLDINGS, INC. dba SAKS FIFTH AVENUE |

**BALLARD ROSENBERG GOLPER & SAVITT, LLP**
500 NORTH BRAND BOULEVARD, TWENTIETH FLOOR
GLENDALE, CALIFORNIA 91203-9946

446581.1

3